OCTOBER 6, 1972

No. A–374.  PATTANI ET AL. *v.* MEYERS ET AL.  C. A. 3d Cir.  Application for temporary restraining order presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

OCTOBER 10, 1972

No. 71–1235.  CRAIG, COMMISSIONER OF SOCIAL SERVICES, ET AL. *v.* GILLIARD ET AL.  Appeal from D. C. W. D. N. C.  Motion to dispense with printing motion to affirm granted.  Judgment affirmed.

No. 71–1363.  DAVIS ET AL. *v.* CINEMA CLASSICS, LTD., INC., ET AL.; and
No. 71–1364.  BUSCH, DISTRICT ATTORNEY OF LOS ANGELES COUNTY, ET AL. *v.* CINEMA CLASSICS, LTD., INC., ET AL.  Affirmed on appeals from D. C. C. D. Cal. MR. JUSTICE STEWART would note probable jurisdiction and set cases for oral argument.  Reported below: 339 F. Supp. 43.

No. 71–1416.  HOLSHOUSER *v.* SCOTT, GOVERNOR OF NORTH CAROLINA, ET AL.  Affirmed on appeal from D. C. M. D. N. C.

No. 71–1560.  TEXAS BOARD OF BARBER EXAMINERS ET AL. *v.* BOLTON ET AL.  Affirmed on appeal from D. C. N. D. Tex.